# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TAQUILLA HATCH, Individually and on
Behalf of all Others Similarly Situated                                   PLAINTIFF

vs.                              Case No. 4:18-cv-00580-JM

ARKANSAS TOTAL CARE, INC.,
CENTENE CORPORATION and
CENTENE MANAGEMENT COMPANY, LLC                                           DEFENDANTS

## FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

On this day, the Court considered the Parties' Joint Motion for Approval of Settlement and for Dismissal of Lawsuit with Prejudice ("Motion"). Having considered the Motion and Settlement Agreement attached thereto, the Court orders as follows:

1. IT IS ORDERED, that the Parties' Motion is GRANTED. This Final Order and Judgment adopts and incorporates the Settlement Agreement, the terms defined therein, and the exhibits attached thereto.

2. The parties' Settlement Agreement is approved as a fair and reasonable resolution of a *bona fide* dispute over wages owed under the Fair Labor Standards Act and any and all similar state or local statutes, ordinances, or regulations.

3. The Court directs the Parties and their counsel to implement and consummate the Settlement Agreement in accordance with its terms and provisions.

4. The Settlement Agreement is binding on all Opt-In Plaintiffs, as defined in the parties' Settlement Agreement.

5. The Court adjudges that the Opt-In Plaintiffs have fully, finally, and conclusively compromised, settled, discharged, dismissed, and released any and all Released Claims against

Defendants and the Released Parties, as further provided in Section 6 of the Settlement Agreement.

6. Neither this Final Order and Judgment nor any aspect of this settlement is to be offered as evidence of, or construed or deemed as an admission of, liability, culpability, negligence, or wrongdoing on the part of Defendants or their employees or agents.

7. This case, including all individual, collective, and class claims presented thereby, is hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own fees and costs, except as set forth in the Settlement Agreement, and with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement Fund.

8. The Court hereby enters Judgment approving the terms of the Settlement. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

9. The Clerk is directed to close the case.

Signed this 13th day of February, 2020.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE